ACCEPTED
15-25-00045-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

**Re: Case No.15-25-00045-CV**

**Style: Appeal of Final Orders in Suit Affecting the Parent-Child Relationship**

**Original case no. DF-24-07441**

IN THE COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS
AT AUSTIN

MOTION TO CORRECT CLERK'S RECORD AND CONFIRM PAYMENT

TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW Nanyamka Sims, Appellant in the above-referenced matter, and respectfully moves this Court to correct the clerk's record to reflect payment of the filing fee and clerk's record fee. In support of this Motion, Appellant states as follows:

1. Appellant timely submitted payment for the clerk's record via check to the trial court clerk. A copy of the bank confirmation showing the check was cashed is attached hereto as **Exhibit A**. Sensitive financial information has been redacted in accordance with Texas Rule of Appellate Procedure 9.9.

2. Appellant also paid the appellate filing fee to the Fifth Court of Appeals prior to transfer. A letter from the Fifth Court confirming receipt of payment is attached hereto as **Exhibit B**.

3. Due to the recent transfer of jurisdiction from the Fifth Court of Appeals to the Fifteenth Court of Appeals, it appears these payments were not properly credited in the Fifteenth Court's system.

4. Appellant respectfully requests that the Court correct the record to reflect that all required payments have been made and that the appeal is properly perfected.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted and that the clerk's record be corrected accordingly.

Respectfully submitted,
Nanyamka Sims

Dallasccfiles@gmail.com
Date: 7/19/2025

# EXHIBIT A

 **Wells Fargo Online**

## Proof of Payment

### Customer Information

| | |
|---|---|
| Customer Name | NANYAMKA SIMS |
| Business Name | |
| Address (line 1) | 1309 ILLINOIS AVE |
| Address (line 2) | |
| City | LANCASTER |
| State | TX |
| Zip Code | 75134-1691 |

### Payee Information

| | |
|---|---|
| Payee Name | FELICIA PITRE, DISTRICT CLERK |
| Address (line 1) | Lead Clerk, Transcript Dept. |
| Address (line 2) | 600 Commerce Street, Suite 101 |
| City | Dallas |
| State | TX |
| Zip Code | 75202 |
| Phone No. | 888-888-8888 |

### Payment Detail

| | |
|---|---|
| Payment Type | Paper Check |
| Payee Account No. | XXXXX XX-XX-XX441-Z |
| Name on Account | Respondent Nanyamka SIMS |
| Payment Amount | $47.30 |
| Send Date | 03/12/2025 |
| Expected Delivery | 03/19/2025 |
| Status | Check Cleared on Mon Apr 14, 2025 |
| Memo | Request for Clerk Records |



Check Images and Proof of Payment may contain confidential information. Please consider the location and privacy of your online device and printer. Wells Fargo is not responsible for the information being viewed by persons other than yourself.

FILE COPY



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

May 2, 2025

RE:     Case No. 05-25-00272-CV

Style:  In The Interest Of I.C.S., A Child

Today appellant's $205.00 FILING fee has been paid.

Trial Court Case No. DF-24-07441                                    Ruben Morin, Clerk

MATTHEW  DEAL
ASSISTANT ATTORNEY GENERAL, CHILD SUPPORT
DIVISION
P.O.  BOX 12017, MAIL CODE 038-1
AUSTIN, TX  78711-2017
* DELIVERED VIA E-MAIL *



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

May 2, 2025

RE:     Case No. 05-25-00272-CV

Style:  In The Interest Of I.C.S., A Child

Today appellant's $205.00 FILING fee has been paid.

Trial Court Case No. DF-24-07441                                    Ruben Morin, Clerk

MATTHEW  DEAL
ASSISTANT ATTORNEY GENERAL, CHILD SUPPORT
DIVISION
P.O.  BOX 12017, MAIL CODE 038-1
AUSTIN, TX  78711-2017
* DELIVERED VIA E-MAIL *

FILE COPY



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

May 2, 2025

RE:    Case No. 05-25-00272-CV

Style:  In The Interest Of I.C.S., A Child

Today appellant's $205.00 FILING fee has been paid.

Trial Court Case No. DF-24-07441                                    Ruben Morin, Clerk

DETERREAN  GAMBLE
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
P. O. BOX 12017, MAIL CODE 038-1
AUSTIN, TX  78711-2017
* DELIVERED VIA E-MAIL *



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

May 2, 2025

RE:    Case No. 05-25-00272-CV

Style:  In The Interest Of I.C.S., A Child

Today appellant's $205.00 FILING fee has been paid.

Trial Court Case No. DF-24-07441                                    Ruben Morin, Clerk

KAI HASAN CLARK
4143 BRIAR HILL DRIVE
GRAND PRAIRIE, TX  75052
* DELIVERED VIA E-MAIL *



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

May 2, 2025

RE: Case No. 05-25-00272-CV

Style: In The Interest Of I.C.S., A Child

Today appellant's $205.00 FILING fee has been paid.

Trial Court Case No. DF-24-07441                          Ruben Morin, Clerk

NICOLE LOYA
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
P.O. BOX 12017, MAIL CODE 038-1
AUSTIN, TX 78711-2017
* DELIVERED VIA E-MAIL *



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

May 2, 2025

RE: Case No. 05-25-00272-CV

Style: In The Interest Of I.C.S., A Child

Today appellant's $205.00 FILING fee has been paid.

Trial Court Case No. DF-24-07441                          Ruben Morin, Clerk

NICOLE LOYA
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
P.O. BOX 12017, MAIL CODE 038-1
AUSTIN, TX 78711-2017
* DELIVERED VIA E-MAIL *

FILE COPY



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

May 2, 2025

RE:     Case No. 05-25-00272-CV

Style:  In The Interest Of I.C.S., A Child

Today appellant's $205.00 FILING fee has been paid.

Trial Court Case No. DF-24-07441                    Ruben Morin, Clerk

NANYAMKA  SIMS
1309 ILLINOIS AVENUE
LANCASTER, TX  75134
* DELIVERED VIA E-MAIL *